USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REYNA IRIS CHEVALIER PICHARDO,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

20-CV-3954 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    If the Commissioner intends to file any response to Plaintiff's request for attorney's fees, the Commissioner shall do so by July 30, 2021.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: July 16, 2021
       New York, New York

Copies transmitted this date to all counsel of record.